GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN S. MACKEY         7006-0
  jmackey@goodsill.com
ASHLEY C. CHINEN      10704-0
  achinen@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:   (808) 547-5880

Attorneys for Defendants
AREKAT PACIFIC SECURITY, INC. dba API
SECURITY and MANSOUR S. AREKAT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROCHELLE TAMAYO TONGSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AREKAT PACIFIC SECURITY INC. (DBA "API SECURITY"); MANSOUR S. AREKAT; JOHN DOES 1-10; JANE DOES 1-10; AND DOE CORPORATE ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV 21 00103 LEK RT<br>(Other Civil Action)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br>Trial:  November 14, 2022<br>Judge:  Hon. Leslie E. Kobayashi |

1

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff ROCHELLE TAMAYO TONGSON ("Plaintiff") and Defendants AREKAT PACIFIC SECURITY, INC. dba API SECURITY and MANSOUR S. AREKAT ("Defendants"), by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims against Defendants in this action be and hereby are dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties applies to all claims and all parties named in the First Amended Complaint filed in this matter on June 14, 2021.  All other claims and parties are dismissed.  Each party shall bear its own attorney's fees and costs.

This Stipulation is signed by all parties who have appeared in this action. There are no remaining parties and/or issues.  Trial is set for November 14, 2022 before the Honorable Leslie E. Kobayashi.

DATED: Honolulu, Hawaiʻi, November 1, 2021.

/s/ John S. Mackey
JOHN S. MACKEY
ASHLEY C. CHINEN

Attorneys for Defendants
AREKAT PACIFIC SECURITY, INC.
dba API SECURITY and MANSOUR
S. AREKAT


/s/ Andrew Daisuke Stewart
ANDREW DAISUKE STEWART

Attorneys for Plaintiff
ROCHELLE TAMAYO TONGSON


APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Rochelle Tamayo Tongson v. Arekat Pacific Security, Inc., et al.*; Civil No. CV 21-00103 LEK-RT; Stipulation for Dismissal With Prejudice of All Claims and Parties and Order